IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHILLIP LEMONS, et al.,

        Plaintiffs,

    v.

BILL BRADBURY, et al.,

        Defendants.

No. CV 07-1782-MO

ORDER OF DISMISSAL

**MOSMAN, J.,**

    Based upon Plaintiffs' Stipulated Motion for Voluntary Dismissal (#196),

    IT IS HEREBY ORDERED that Counts 4, 5, 6 and 7 of the Fourth Amended Complaint are DISMISSED with prejudice.

    DATED this __3rd__ day of March, 2008.

                                     /s/ Michael W. Mosman  
                                     MICHAEL W. MOSMAN  
                                     United States District Judge

PAGE 1 - ORDER OF DISMISSAL